UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. MJ08-346 |
| ) | |
| v. ) | |
| ) | ORDER DENYING |
| GORDON LEE PARKIN, ) | GOVERNMENT'S MOTION TO |
| ) | STAY ORDER OF RELEASE |
| Defendant. ) | |
| ) | |

On August 5, 2008 the Court ordered the defendant Gordon Lee Parkin released on conditions set forth in an appearance bond. (Dkt. No. 6). On August 6, 2008, the United States moved the Court to stay that order. (Dkt. No. 7).

The Bail Reform Act mandates the release of a person pending trial unless the Court "finds that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person in the community." 18 U.S.C. § 3142(e). Based on the factors contained in 18 U.S.C. § 3142(g), the report prepared by United States Pretrial Services, the record herein and heretofore, and the arguments and oral representations made by the parties, the Court found, on August 5, 2008 that there are conditions of release that will reasonably assure the Defendant's appearance and the community's safety.

ORDER DENYING MOTION TO STAY RELEASE -1

The motion made by the United States to stay release fails to provide any new information bearing on the issue of whether there are no conditions which will reasonably assure the appearance of the defendant as required and the safety of any other person in the community.

For the foregoing reasons, the Court DENIES the motion of the United States for a stay of the release order.

The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 6TH day of August, 2008.

s/ BRIAN A. TSUCHICA  
BRIAN A. TSUCHIDA  
United States Magistrate Judge

ORDER DENYING MOTION TO STAY RELEASE -2