UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GORDON LEE PARKIN,<br><br>Defendant. | CASE NO. CR08-0279JLR<br><br>ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERIMINATION OF SUPERVISED RELEASE |

This matter comes before the court upon Defendant Gordon Lee Parkin's Motion for Early Termination of Supervised Release. (Mot. (Dkt. # 67).) For the reasons explained below the motion is DENIED.

In 2009 Mr. Parkin pled guilty to Distribution of Visual Depictions of Minors Engaged in Sexually Explicit Conduct. (1/9/09 Min. Entry (Dkt. # 35).) Mr. Parkin was sentenced to 87 months of custody and a lifetime term of supervised release. (Judgment (Dkt. # 52).) He has served his term of imprisonment and "roughly six years" of the lifetime term of supervised release. (Mot. at 1.)

ORDER - 1

　　　　While on supervised release, Mr. Parkin has participated in sexual deviancy treatment. In his letter to the court, he writes that he has terminal COPD and wishes to live out what remains of his life with dignity and peace of mind. (Letter (Dkt. # 63-3) at 1.)

　　　　Probation does not support early termination because of policy reason, the nature of the underlying offense, and the history of a hands-on offense. (USPO Email (Dkt. # 67-1) at 1.) Probation also recently informed the court that Mr. Parkin admitted to marijuana use in violation of his terms of supervised release. (*See id.*)

　　　　On balance, the court finds the interests of justice and the factors laid out in 18 U.S.C. §3553(a) and 3583(e) do not support early termination. Accordingly, the motion (Dkt. # 67) is DENIED.

　　　　Dated this 17th day of August, 2021.

JAMES L. ROBART
United States District Judge