Judge James L. Robart

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR08-279JLR |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL DEFENDANT'S EXHIBIT 2 |
| GORDON LEE PARKIN, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of defendant, Gordon Parkin, to file Exhibit 2 of Defendant's Motion to Modify Condition of Supervised Release under seal. The Court finds there are compelling reasons to permit the filing of the exhibit under seal.

IT IS HEREBY ORDERED that the defendant shall be permitted to file Exhibit 2 under seal.

DATED this 1st day of July, 2022.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Christopher M. Sanders*
Assistant Federal Public Defender
Attorney for Gordon Lee Parkin

ORDER GRANTING MOTION
TO SEAL DEFENDANT'S
 EXHIBIT 2
(*U.S. v. Gordon Parkin*, CR08-279JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100