JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GORDON LEE PARKIN, ) <br> ) <br> Defendant. ) | No. CR 08-279JLR <br><br> ORDER MODIFY SUPERVISED RELEASE CONDITION |

This matter having come before the Court on the Defendant's motion to modify a condition of supervised release by removing the requirement for urine analysis testing, and the Court having reviewed the motion, the response of the parties and the records and files herein,

The Court GRANTS the motion. The requirement that Mr. Parkin participate in urine analysis testing is removed.

All other release conditions remain in place.

IT IS SO ORDERED.

DONE this 1st day of July, 2022.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Christopher M. Sanders*
Assistant Federal Public Defender
Attorney for Gordon Lee Parkin

ORDER GRANT MOTION TO
MODIFY SR CONDITION
(*U.S. v. Gordon Lee Parkin*; CR08-279JLR)  - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100