JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR08-279-JLR |
| Plaintiff, | ) | |
| v. | ) | ~~(PROPOSED)~~ ORDER TERMINATING SUPERVISED RELEASE |
| GORDON LEE PARKIN, | ) | |
| Defendant. | ) | |

This matter having come before the Court on the Defendant's Renewed Motion for Termination of Supervised Release, and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Mr. Parkin's supervised release is warranted by the conduct of Mr. Parkin and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Parkin shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this 2nd day of April, 2024.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Parkin,* CR08-279-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1

2   Submitted by:

3   s/ *Dennis Carroll*
    Senior Litigator
4   Federal Public Defender
    Attorney for Gordon Parkin
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Parkin,* CR08-279-JLR)   - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**